RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 14 2023

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| GARY J. MITCHELL<br>Plaintiff,<br>v.<br>True Accord Corporation | CASE NO.<br><br>Complaint for a civil case<br><br>Jury Trial: ☒ Yes ☐ No<br><br>1:23 -CV- 5764 |

## Introduction

1. This is a civil action for actual, statutory damages and cost brought by Gary J Mitchell Jr ("Plaintiff") an individual consumer, against defendant, True Accord Corporation ("True Accord") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## Jurisdiction

2. Jurisdiction of this court arises under 15 U.S.C § 1681(P), 15 U.S.C § 1692 K(d) and 28 U.S.C § 1391 B(2) because a substantial part of the events, omissions, or conduct giving rise to plaintiff claim occurred in this judicial district. Defendant ("True Accord Corporation") transact business in Atlanta, Fulton County, Georgia.

COMPLAINT FOR A CIVIL CASE - 1

3. The court has supplemental jurisdiction of any state law pursuant to 28 U.S.C § 1367.

## Parties

4. Plaintiff, Gary J Mitchell Jr is a natural person and consumer as defined by 15 U.S.C § 1681 a(c), residing in Gwinnett County, Georgia.

5. Upon information and belief, Defendant, True Accord Corporation is a Kansas corporation with a principal place of business located at 16011 College Blvd., Suite 130, Lenexa, KS, 66219, USA

6. Defendant, True Accord has a Registered Agent by the name of INCORP SERVICES INC with a principal place of business located at 9040 Roswell Road, Suite 500, Atlanta, GA, 30350, USA

7. Defendant True Accord Corporation., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

8. The acts as described in this complaint were performed by defendants or on defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "defendant" or their owners, agents, and/or employees.

## Factual Allegations

9. Defendant True Accord Corporation., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6)

10. On or about December 6th, 2023, Mr. Mitchell received a text message from True Accord attempting to collect a debt in the amount of $25.54 owed to Klarna. (See Exhibit One)

11. On or about December 7th, Plaintiff sent a text message to True Accord stating "1 refuse to pay the debt" pursuant to 15 U.S.C 1692c(c). (See Exhibit One)

12. On or about December 8th, 2023 True Accord sent another text message to the Plaintiff attempting to collect on the same debt that Plaintiff wrote the "refusal to pay the debt" which was a violation of 15 U.S.C 1692c(c). Plaintiff received another email attempting to collect the debt on December 11th 2023. Plaintiff never entered a contract with the defendant.

13. Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.

14. Plaintiff has the interest and right to privacy from individuals harassing him in an attempt to collect a debt after the Plaintiff has invoked his rights by notifying the debt collector that he refuses to pay the debt.

15. Plaintiff has the interest and right to be free from harassment due to debt collectors trying to collect on an "alleged" debt.

16. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived plaintiff of their rights was directed by Defendant to plaintiff specifically.

17. Plaintiff's injury is directly traceable to Defendants conduct because if it wasn't for the Defendants conduct, Plaintiff would not have been deprived of his rights.

18. Defendant, True Accord Corporation, caused the Plaintiff emotional distress, mental anguish, Loss of time due to learning how to defend himself against the Defendant, invasion of privacy, anxiety due to efforts to try and collect this "alleged debt without regard for the law, fear due to harassment which has led to sleepless nights, and psychological harm.

19. The Plaintiff request that the defendant compensate him for damages due to the FDCPA violation(s) under 15 USC § 1692k.

20. Plaintiff justifiably fears that, absent this court's intervention, Defendant True Accord will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts.

21. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

22. A favorable decision herein would redress Plaintiff's injury with money damages.

23. A favorable decision herein would serve to defer Defendant from further similar conduct.

## Count 1 Violation of the Fair Debt Collection Practices Act

### (True Accord Corportation)

24. Plaintiff reincorporates by reference all the preceding paragraphs.

25. According to 15 U.S.C 1692c (c) Ceasing communication

If a consumer notifies a debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt, except—

(1) to advise the consumer that the debt collector's further efforts are being terminated;

(2) to notify the consumer that the debt collector or creditor may invoke specified remedies which are ordinarily invoked by such debt collector or creditor; or

(3) where applicable, to notify the consumer that the debt collector or creditor intends to invoke a specified remedy.

26. Defendant, True Accord Corporation, violated the Fair Debt Collection Practices Act as follows:

27. The Debt Collector's violations include, but are not limited to, the following: The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice that the plaintiff refuses to pay the debt.

28. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Mitchell for the following:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S,C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3); E. For such other and further relief as the Court may deem just and proper.

## Jury Demand and Prayer For Relief

Wherefore Plaintiff, Gary J Mitchell Jr respectfully demands a trial by Jury and request that judgment be entered in favor of the Plaintiff against the Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S,C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2) per violation per occurrence;

D. Cost pursuant to 15 U.S.C 1692k(3); E. For such other and further relief as the Court may deem just and proper.

Date:
_____12/11/2023_____

YOUR NAME: Gary Mitchell

EMAIL: gmitch1647@gmail.com

Phone Number: 4709813826

COMPLAINT FOR A CIVIL CASE - 5

**12:19**

< 517

**+1 (650) 649-4290**

Text Message
Wednesday 5:40 PM

> This is TrueAccord, a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. We work hard to make sure that it's easy to take action online: https://sm.true.ac/trcm9iz. Reply STOP to opt out of SMS.

Thursday 9:12 PM

> I refuse to pay this debt

Today 9:08 AM

> This is TrueAccord, a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Your account summary is ready for you. View all the details here: https://sm.true.ac/1z9nq3v. Reply STOP to opt out.

*Exhibit A continued*

Mon, Dec 11, 1:17 PM (1 day ago)

Keep going



## Your first step is done!

Gary, by viewing your account online you've taken the step in the right direction to resolving your $25.54 balance.

So let's keep the momentum going and resolve your Klarna account once and for all.

**GET STARTED**

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Nothing in this email changes your rights as described in our initial communication.

Your TrueAccord account number is: **47-28-5648-42509**

Unsubscribe   Privacy Policy   Dispute this debt

Need help? Call us at (888) 969-4896 (TTY 711) between Monday - Friday, 8 AM - 8 PM ET

Copyright © 2023 TrueAccord Corp.
16011 College Blvd, Suite 130, Lenexa, KS 66219

  

We collect personal information to provide our services. We do not sell personal information. Most of the information we have is provided to us by the current creditor and/or collected directly through the use of our services, emails, web applications, and phone calls. For more details on how we use, share, and delete personal information see our Privacy Policy.