FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 10 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GARY J. MITCHELL,<br><br>    Plaintiff,<br><br>v.<br><br>TRUE ACCORD CORPORATION<br><br>    Defendant. | Case No. 1:23-cv-05764-SCJ-CCB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Gary J. Mitchell and Defendant True Accord Corporation that the above-titled action is hereby dismissed with prejudice as to Defendant True Accord Corporation. Each party will bear their own costs and attorney's fees.



Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By:   s/ D. McGoldrick
      Deputy Clerk
Date:   04/11/2024

DATED: April 2, 2024                    Respectfully submitted,

                                                                        PRO SE PLAINTIFF

                                                                        By: _____
                                                                           Gary J. Mitchell, Jr.

                                                                       *Pro Se Plaintiff*

306369531v.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I presented the foregoing STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via Email to the following:

Laura Benavidez

True Accord Paralegal

*laura.benavidez@trueaccord.com*

_____
Gary Mitchell

306369531v.1



This is a Filing for a separate Case 2:?

